UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBRAGIM BAUDINOVICH ANZOROV,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, Senior Warden, Otay Mesa Detention Center, et al.,<br><br>Respondents. | Case No.: 26-cv-159-RSH-JLB<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS** |

On January 10, 2026, petitioner Ibragim Baudinovich Anzorov filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. Petitioner argues, among other things, that he is entitled to an individualized determination of bond. *Id.* at ¶ 64 & p. 19.

On January 23, 2026, Respondents filed a return acknowledging, in light of developments in a case in the U.S. District Court for the Central District of California, that "Petitioner is detained under 8 U.S.C. § 1226(a) and is entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." ECF No. 4 at 2.

Accordingly, the Petition is **GRANTED** as follows. Respondents are directed to arrange a bond hearing for petitioner Ibragim Baudinovich Anzorov before an immigration court pursuant to 8 U.S.C. § 1226(a) within *seven (7) days* of this order as described above.

1  To the extent Petitioner seeks further relief, he shall file a supplemental brief promptly
2  after receiving the bond hearing, or promptly after the seven days provided herein has
3  lapsed without a hearing. Such supplemental brief shall specifically address the legal and
4  factual basis for each further form of relief sought. The Court **VACATES** the hearing date
5  set for February 5, 2026.
6      **IT IS SO ORDERED**.
7  Dated: January 23, 2026

                                                                  _____
Hon. Robert S. Huie
United States District Judge